PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Miko Shannia NOBLES |
| **Docket Number:** | 1:05CR00393-02 AWI |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 04/03/2006 |
| **Original Offense:** | 18 USC 1343 & 2 - Wire Fraud and Aiding and Abetting (CLASS C FELONY) |
| **Original Sentence:** | 36 months Probation; $100 special assessment; $1,565 restitution; mandatory urinalysis testing |
| **Special Conditions:** | Warrantless search; Financial disclosure; Financial restrictions; Substance abuse counseling; Urinalysis testing; Abstain from alcohol; Mental health treatment; 100 hours community service to be completed within 24 months; Co-payment for treatment services; DNA testing |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 04/03/2006 |
| **Assistant U.S. Attorney:** | Stanley A. Boone           **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Michael W. Berdinella      **Telephone:** (559) 436-8000 |
| **Other Court Action:** | None |

**RE:    Miko Shannia NOBLES**
       **Docket Number:   1:05CR00393-02 AWI**
       **REPORT OF OFFENDER NON-COMPLIANCE**

---

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.     FAILURE TO PAY RESTITUTION IN FULL**

**Details of alleged non-compliance:**  By way of review, on April 3, 2006, Ms. Nobles appeared before your Honor for sentencing as a result of violating 18 USC 1343 & 2 - Wire Fraud and Aiding and Abetting.  Your Honor, imposed a sentence of 3 years probation, $100 special assessment and $1,565 restitution.  Special conditions imposed included: Warrantless search; Financial restrictions; Financial disclosure; Substance abuse counseling; Urinalysis testing; Abstain from alcohol; Participate in mental health treatment; Complete 100 hours of community service; $25 per month co-payment for treatment services; and, DNA testing.

Ms. Nobles has responded positively to community supervision and has completed 35 months of probation.  While on supervision Ms. Nobles has complied with all the standard and special conditions imposed by the Court.  On February 9, 2007, Ms. Nobles paid the $100 special assessment in full and continues to submit monthly restitution payments in the amount of $25.  Ms. Nobles is a single parent raising seven children and has a fixed monthly household income.
**United States Probation Officer Plan/Justification:**  Ms. Nobles has made satisfactory progress in paying her monthly restitution obligation in factoring in her limited monthly discretionary income. Therefore, it is respectfully recommended the case be allowed to expire on April 2, 2009.  The remainder of the restitution collection shall be referred to the U. S. Attorney's Office - Financial Litigation Unit for monitoring.

RE:     Miko Shannia NOBLES
        Docket Number:   1:05CR00393-02 AWI
        <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

                        Respectfully submitted,

                        /s/ Lonnie E. Stockton

                        **LONNIE E. STOCKTON**
                        **United States Probation Officer**
                        Telephone:  (661) 861-4124

**DATED:**      February 27, 2009
                Bakersfield, California
                LES:ks


**REVIEWED BY:**    /s/ Thomas A. Burgess
                    **THOMAS A. BURGESS**
                    **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( **X** )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(  )    Submit a Request for Modifying the Conditions or Term of Supervision.

(  )    Submit a Request for Warrant or Summons.


cc:     United States Probation
        Stanley A. Boone, Assistant United States Attorney
        Michael Berdinella

                        **ORDER**
IT IS SO ORDERED.

Dated:   **March 2, 2009**              /s/ Anthony W. Ishii
                                CHIEF UNITED STATES DISTRICT JUDGE